IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-3043-01/02-CR-S-RED |
| | ) | |
| EFRAIN OROZCO and FERNANDO GUTIERREZ-PONCE, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now before the Court is Defendant Efrain Orozco's Motion to Suppress Evidence on the Basis of an Unlawful Search and Seizure under the Fourth Amendment to the United States Constitution (Doc. 23), Defendant Fernando Gutierrez-Ponce's Motion to Suppress Evidence on the Basis of an Unlawful Search and Seizure under the Fourth Amendment to the United States Constitution (Doc. 29), the Government's Response to Defendants' Motions to Suppress Evidence (Doc. 30), the Report and Recommendation of United States Magistrate Judge (Doc. 36), and Defendants' respective Objections to the Report and Recommendation of the United States Magistrate Judge (Docs. 37, 41). After careful and independent review of the Motions to Suppress, the Government's response thereto, the Report and Recommendation, and Defendants' Objections, this Court agrees with and **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 36) in full. Defendants' Motions to Suppress are **DENIED** (Docs. 23, 29). Defendants' Objections to the Report and Recommendation are **OVERRULED** (Docs. 37, 41).

**IT IS SO ORDERED.**

DATED: June 13, 2011  */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT